Same case below, 372 Fed. Appx. 536.

No. 10-5569. Boris Shulman, Petitioner v. BlueCross BlueShield of South Carolina.

562 U.S. 1066, 131 S. Ct. 641, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9393.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 384.

No. 10-5590. Collie Lee Williams, Petitioner v. United States.

562 U.S. 1066, 131 S. Ct. 642, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9409.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 956.

No. 10-5632. Christopher C. Dean, Petitioner v. United States.

562 U.S. 1066, 131 S. Ct. 642, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9083.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 604 F.3d 1275.

No. 10-5744. James Lee Forrest, Petitioner v. Second Judicial District Court of Nevada, Washoe County, et al.

562 U.S. 1066, 131 S. Ct. 642, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9372.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 711.

No. 10-5782. Kevin Gorham, Petitioner v. United States.

562 U.S. 1066, 131 S. Ct. 642, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9298.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 377 Fed. Appx. 899.

No. 10-5864. Souksakhone Phaknikone, Petitioner v. United States.

562 U.S. 1066, 131 S. Ct. 643, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9190.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 605 F.3d 1099.

No. 10-5926. Antoine Boyce, Petitioner v. United States.

562 U.S. 1066, 131 S. Ct. 643, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9384.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 346.

No. 10-5929. Johnny R. Buckner, Petitioner v. Jay Jones, et al.

562 U.S. 1066, 131 S. Ct. 643, 178 L. Ed. 2d 486, 2010 U.S. LEXIS 9382.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.